# CASE ANNOUNCEMENTS

*October 24, 2008*

[Cite as *10/24/2008 Case Announcements,* 2008-Ohio-5500.]

## MOTION AND PROCEDURAL RULINGS

**In re Sherrills.**
On March 31, 2008, this court found Daries Sherrills to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Sherrills was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On October 20, 2008, Sherrills submitted a request for leave to file an appeal. Upon review of the proffered filing, the court finds it without merit. Accordingly,
   It is ordered by the court that Sherrills is denied leave to file an appeal.

**2008–1374.   May Stores Seventy–Four Corp. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2005–Z–744 and 2005–Z–830. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the agreed motion of the parties to remand this appeal in order to implement a settlement,
   It is ordered by the court that the motion is granted, and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

**2008–1981.   State v. Collins.**
Franklin App. No. 08AP–801. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of proceedings in the trial court,
   It is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

**2008–0919.   Cincinnati City School Dist. Bd. of Edn. v. State Bd. of Edn.**
Hamilton App. No. C–070084, 176 Ohio App.3d 678, 2008-Ohio-2845. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellants' application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2008–1218.   Meerland Dairy L.L.C. v. Ross Twp.**
Greene App. No. 07CA0083, 2008-Ohio-2243. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2008–1724.   State v. Chambers.**
Cuyahoga App. No. 90142, 2008-Ohio-3068. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.